**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **ANGELA M. HERRON,** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **v.** | § | **NO. 1:26-CV-00427-ADA-SH** |
| | § | |
| **TEXAS DEPARTMENT OF** | § | |
| **INSURANCE, RANDALL EVANS, and** | § | |
| **CINDY WRIGHT,** | § | |
| *Defendants.* | § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower regarding Plaintiff Angela M. Herron's claims. Dkt. 4. The report recommends that Plaintiff's claims against Texas Department of Insurance and Defendants Randall Evans and Cindy Wright in their official capacities be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction under 28 U.S.C. § 1915(e) and Plaintiff's claims against Defendants Randall Evans and Cindy Wright in their official capacities be **DISMISSED WITH PREJUDICE** for failure to state a claim under 28 U.S.C. § 1915(e). *Id.* The Report and Recommendation was filed March 19, 2026. This Court hereby adopts Judge Hightower's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on April 6, 2026, arguing for equitable tolling as a way to overcome the statute of limitations bar. Dkt. 6. The Court has conducted a *de novo* review of the Complaint, the Report and Recommendation, the objections to the Report and Recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted. The Court rejects Plaintiff's equitable tolling arguments and finds that Judge Hightower's analysis properly applied the relevant tolling rules.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Susan Hightower, Dkt. 4, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Texas Department of Insurance and Defendants Randall Evans and Cindy Wright in their official capacities are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction under 28 U.S.C. § 1915(e).

**IT IS FINALLY ORDERED** that Plaintiff's claims against Defendants Randall Evans and Cindy Wright in their individual capacities are **DISMISSED WITH PREJUDICE** for failure to state a claim for relief under 28 U.S.C. § 1915(e).

**IT IS SO ORDERED.**

**SIGNED** on April 8, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE